**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

--------------------------------------------------------- X

| | | |
|---|---|---|
| ELLEN FENSTERER, an individual; on behalf of herself and all others similarly situated, | : : : : | Case No.: 1:20-cv-05558-RMB-KMW |
| Plaintiff, | : : | **DEFENDANT CAPITAL ONE** |
| vs. | : : | **BANK (USA), N.A.'S RULE 7.1** **CORPORATE DISCLOSURE** |
| CAPITAL ONE BANK (USA), N.A., | : : | **STATEMENT** |
| Defendant. | : : : | |

--------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges to evaluate possible disqualification or recusal, Defendant Capital One Bank (USA), N.A. ("Capital One"), by its undersigned counsel, hereby makes the following disclosure:

Capital One Bank (USA), N.A. is a wholly-owned subsidiary of Capital One Financial Corporation. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Dated: New York, New York
May 20, 2020

**McGUIREWOODS LLP**

 */s/ Philip A. Goldstein*
Philip A. Goldstein
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone: 212-548-2100
Fax: (212) 548-2150
pagoldstein@mcguirewoods.com

*Counsel for Defendant Capital One Bank (USA), N.A.*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 20, 2020, a true and correct copy of the foregoing Defendant Capital One Bank (USA), N.A.'s Rule 7.1 Corporate Disclosure Statement was filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will transmit a notice of electronic filing to all counsel of record in this action.

 /s/ Philip A. Goldstein
Philip A. Goldstein
MCGUIREWOODS LLP

*Counsel for Defendant Capital One Bank (USA), N.A.*