Philip A. Goldstein, Esq.
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELLEN FENSTERER, an individual; on behalf of herself and all others similarly situated, | : : : : | Case No.: 1:20-cv-05558-RMB-KMW  Motion Date:  September 21, 2020 |
| Plaintiff, | : : | **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF** |
| vs. | : : | **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED** |
| CAPITAL ONE BANK (USA), N.A., | : : | **CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P.** |
| Defendant. | : : | **12(b)(1) AND (6)** |
| | : : | **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Philip A. Goldstein, and the exhibit(s) annexed thereto, the Declaration of Brad Kalmar, and the exhibit(s) annexed thereto, and upon all prior pleadings and proceedings in this action, Defendant Capital One Bank (USA), N.A. ("Capital One"), in lieu of filing an Answer to Plaintiff's First Amended Class Action Complaint, shall move this Court before the Honorable Renee Marie Bumb at the Mitchell H. Cohen Building & U.S. Courthouse, located at 4th & Cooper

Streets, Camden, New Jersey 08101, on September 21, 2020, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure granting the motion of Capital One to dismiss the First Amended Class Action Complaint with prejudice, and for such other, further or different relief as the Court deems just and proper.

Dated:   New York, New York
         August 21, 2020

                                         */s/ Philip A. Goldstein*
                                         Philip A. Goldstein
                                         MCGUIREWOODS LLP
                                         1251 Avenue of the Americas, 20th Floor
                                         New York, NY 10020-1104
                                         Telephone: (212) 548-2167
                                         Fax: (212) 548-2150
                                         Email: pagoldstein@mcguirewoods.com

                                         *Attorneys for Defendant Capital One Bank (USA), N.A.*

133408280