[Docket No.28]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ELLEN FENSTERER, an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Civil No. 20-5558(RMB/KMW)<br><br>**ORDER** |

This matter came before the Court upon Defendant's Motion to Dismiss. [Docket No. 28]. For the reasons set forth in the accompanying Opinion of the same date,

**IT IS** on this 5th day of March 2021, hereby **ORDERED** that:

(1)  Defendant's Motion is **GRANTED**; and

(2)  The First Amended Class Action Complaint [Docket No. 5] is **DISMISSED WITH PREJUDICE**.

                                        __s/ Renée Marie Bumb_____
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE